AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America,

        Plaintiff(s)    )
                           )   **APPEARANCE**
                           )
        vs.          )   CASE NUMBER   1:06-mj-00505-JMF
Adam Long                  )
                           )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of  G. Allen Dale  as counsel in this
                                   (Attorney's Name)

case for:  Adam Long
              (Name of party or parties)

December 15, 2006                         */s/ G. Allen Dale*
Date                                          Signature

954537                                        G. Allen Dale
BAR IDENTIFICATION                Print Name

                                            601 Pennsylvania Avenue, N.W., Ste. 900, North Building
                                            Address

                                            Washington, DC  20004
                                            City           State           Zip Code

                                            202-638-2900;  (f)-202-783-1654
                                            Phone Number