**United States District Court**
**for the District of Columbia**

FILED

MAR - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                    WAIVER OF INDICTMENT

**ADAM LONG**

                        CASE NUMBER:    CR 07-23


I,    Adam Long                    the above named defendant, who is accused of

18:2423(b); COERCION OR ENTICEMENT OF MINOR FEMALE; Travel with Intent to Engage in Illicit Sexual Conduct

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __March 9, 2007__ prosecution by indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant  G. Alan Dale  3/7/07

_____
Judge Royce C. Lamberth
United States District Court