**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAR - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. 07- 23 |
| v. | : | VIOLATION: 18 U.S.C. § 2423(b) |
| ADAM LONG | : | (Travel with Intent to Engage in Illicit Sexual Conduct) |
| Defendant. | : | |

*Let this be filed.*
*Royce C. Lamberth*
*U.S.D.J. 3/9/07*

### MEMORANDUM AND STATEMENT OF OFFENSE IN SUPPORT OF A GUILTY PLEA

The United States, by and through its attorney, the United states Attorney for the District of Columbia, and the defendant hereby submit this Statement of Offense in Support of a Guilty Plea.

I.   The defendant has agreed to plead guilty to a One-Count Information charging him with Interstate Travel with Intent to Engage in Illicit Sexual Conduct in violation of 18 U.S.C. § 2423(b). The essential elements of this offense are:

   A.   That on or about June 14, 2006, the defendant traveled across state lines, that is from the state of Maryland to the District of Columbia;

   B.   That the defendant did so with the intent to engage in a sexual act with a minor, that is a person under the age of 18 years old; and

   C.   That the sexual act the defendant intended to engage in with the minor was contact between the penis and the vulva.

II.   If the case against defendant ADAM LONG had gone to trial, the government's evidence would have shown beyond a reasonable doubt as follows:

Statement of Offense

On Friday, December 7, 2006, Metropolitan Police Department Detective Timothy Palchak was working in an undercover capacity at a computer located in Washington, D.C., was using the screen name "lilmandygrl_dc," and was logged into a Yahoo internet chat room. At approximately, 6:54 p.m., defendant Adam Long, using the screen name "bamaer," initiated contact in "private" space in the chatroom with lilmandygrl_dc. The defendant communicated to lilmandygrl_dc that he was 26 years old, a male, and that he resided in Arlington, Virginia. Detective Palchak communicated in response that lilmandygrl_dc will "be 14" years old, and was in D.C., by Catholic University.

The defendant initiated three conversations in a private Yahoo chat room. The first chat started on Thursday, December 7, 2006 at 6:54 p.m. and ended at 7:27 p.m. The second conversation on the same day, started at 8:02 p.m. and ended at 8:20 p.m. The third and final conversation started on Friday, December 8, 2006 at 5:04 p.m. and ended at 5:26 .m. during which the defendant made arrangements to meet her at the Brookland Metro Station between 6:20 and 6:30 p.m.

On December 7, 2006, beginning at approximately 6:54:09 p.m., the defendant and Detective Palchak, posing as "lilmandygrl_dc," engaged in the following private "chat" communications:

```
ADAM LONG (12/7/2006 6:54:09 PM): hello
mandy poole (12/7/2006 6:55:10 PM): hi asl (age, sex, location)
ADAM LONG (12/7/2006 6:55:35 PM): 26/m/arlington/va but from england
ADAM LONG (12/7/2006 6:55:39 PM): u?
mandy poole (12/7/2006 6:56:11 PM): kool 14 f in dc half white half spanish
ADAM LONG (12/7/2006 6:56:23 PM): cool
ADAM LONG (12/7/2006 6:56:28 PM): what u in to
mandy poole (12/7/2006 6:56:39 PM): not much u just hanging out now
ADAM LONG (12/7/2006 6:56:44 PM): cool
```

2

ADAM LONG (12/7/2006 6:56:49 PM): what u look like
mandy poole (12/7/2006 6:57:02 PM): i have pic u
ADAM LONG (12/7/2006 6:57:21 PM): no pic here sorry
mandy poole (12/7/2006 6:57:27 PM): k
mandy poole (12/7/2006 6:58:31 PM): u there
ADAM LONG (12/7/2006 6:58:50 PM): hay im here
mandy poole (12/7/2006 6:58:54 PM): k
ADAM LONG (12/7/2006 6:59:33 PM): ur cute i bet u get all the guys
mandy poole (12/7/2006 6:59:42 PM): lol (laugh out loud) not really
ADAM LONG (12/7/2006 6:59:53 PM): y not
mandy poole (12/7/2006 7:00:20 PM): i dont know
ADAM LONG (12/7/2006 7:00:51 PM): what do u like to do for fun
mandy poole (12/7/2006 7:01:18 PM): hang out with freinds shopping chatting
mandy poole (12/7/2006 7:01:20 PM): u?
ADAM LONG (12/7/2006 7:02:07 PM): meeting new people and chilling and hanging
mandy poole (12/7/2006 7:02:11 PM): kool
mandy poole (12/7/2006 7:02:16 PM): u meet people on here
ADAM LONG (12/7/2006 7:02:43 PM): a few people
mandy poole (12/7/2006 7:02:50 PM): kool what did u do
ADAM LONG (12/7/2006 7:03:07 PM): chilled and went to the mall
mandy poole (12/7/2006 7:03:10 PM): kool
ADAM LONG (12/7/2006 7:03:16 PM): one girl gave me head
mandy poole (12/7/2006 7:03:19 PM): awwwwwww
mandy poole (12/7/2006 7:03:21 PM): lol (laugh out loud)
mandy poole (12/7/2006 7:03:24 PM): r u serious
ADAM LONG (12/7/2006 7:03:31 PM): yep
ADAM LONG (12/7/2006 7:03:47 PM): she was 19 and neaver gave head before
mandy poole (12/7/2006 7:03:48 PM): ive never tried that would be afraid that i would do it wrong
mandy poole (12/7/2006 7:03:51 PM): lol (laugh out loud)
ADAM LONG (12/7/2006 7:04:31 PM): would u wana try
mandy poole (12/7/2006 7:04:55 PM): yeah but u promise u wont laugh if i do it wrong
ADAM LONG (12/7/2006 7:05:15 PM): nope
ADAM LONG (12/7/2006 7:05:27 PM): would u wana do anything else
mandy poole (12/7/2006 7:05:36 PM): maybe
ADAM LONG (12/7/2006 7:05:42 PM): like what
mandy poole (12/7/2006 7:05:58 PM): sounds kinna exciting whatever just dont wanna get pregnant
ADAM LONG (12/7/2006 7:06:07 PM): yer
ADAM LONG (12/7/2006 7:06:41 PM): do u massterbate
mandy poole (12/7/2006 7:06:58 PM): not really ive tried i guess im weired lol (laugh out loud)
ADAM LONG (12/7/2006 7:07:29 PM): where in DC DO U LIVE

mandy poole (12/7/2006 7:07:42 PM): why u yelling a t me lol (laugh out loud)
ADAM LONG (12/7/2006 7:07:52 PM): my bad
mandy poole (12/7/2006 7:07:57 PM): lol (laugh out loud) its okay
mandy poole (12/7/2006 7:08:10 PM): i live next to catholic u
mandy poole (12/7/2006 7:08:13 PM): in ne dc
ADAM LONG (12/7/2006 7:08:23 PM): o ok
mandy poole (12/7/2006 7:08:32 PM): u know where that is
ADAM LONG (12/7/2006 7:08:33 PM): wana add me to messenger
ADAM LONG (12/7/2006 7:08:37 PM): yer
mandy poole (12/7/2006 7:08:37 PM): sure
mandy poole (12/7/2006 7:09:00 PM): kool
mandy poole (12/7/2006 7:09:24 PM): so u have a gf (girlfriend) or wife lol (laugh out loud)
ADAM LONG (12/7/2006 7:09:25 PM): what u wana now about me
ADAM LONG (12/7/2006 7:09:34 PM): nope im single
mandy poole (12/7/2006 7:09:42 PM): kool what do u look like
ADAM LONG (12/7/2006 7:10:13 PM): 6; browen hair blue eyes english accent
ADAM LONG (12/7/2006 7:10:20 PM): anything else ask me
mandy poole (12/7/2006 7:10:27 PM): thats really kool
ADAM LONG (12/7/2006 7:11:17 PM): so u neaver messed with a guy before
mandy poole (12/7/2006 7:11:34 PM): not alot like kissing n stuff
ADAM LONG (12/7/2006 7:11:54 PM): whats the oldest u messed with
mandy poole (12/7/2006 7:12:03 PM): like 17 i think
ADAM LONG (12/7/2006 7:12:40 PM): u now im 26
mandy poole (12/7/2006 7:13:03 PM): yeah im kool if u r
ADAM LONG (12/7/2006 7:13:16 PM): yer
ADAM LONG (12/7/2006 7:13:25 PM): u got any other pics
mandy poole (12/7/2006 7:13:40 PM): na ive been living with my aunt
ADAM LONG (12/7/2006 7:13:53 PM): y
mandy poole (12/7/2006 7:13:59 PM): long story
ADAM LONG (12/7/2006 7:14:22 PM): wana tell me
mandy poole (12/7/2006 7:15:00 PM): not know
ADAM LONG (12/7/2006 7:15:23 PM): what type of panties u like yo wear
mandy poole (12/7/2006 7:15:43 PM): bilikin (bikini)
ADAM LONG (12/7/2006 7:16:09 PM): i got a bonner
mandy poole (12/7/2006 7:16:14 PM): lol (laugh out loud)
ADAM LONG (12/7/2006 7:16:27 PM): whats so funny
mandy poole (12/7/2006 7:16:45 PM): nothing
ADAM LONG (12/7/2006 7:17:00 PM): what would u do if u saw my cock
mandy poole (12/7/2006 7:17:08 PM): i dont know
ADAM LONG (12/7/2006 7:17:24 PM): would u give me head
mandy poole (12/7/2006 7:17:38 PM): ill try
ADAM LONG (12/7/2006 7:18:29 PM): wana meet me somewhear now
mandy poole (12/7/2006 7:18:48 PM): we can u have a car

ADAM LONG (12/7/2006 7:18:57 PM): no
mandy poole (12/7/2006 7:18:57 PM): i can meet u in front of my place
mandy poole (12/7/2006 7:19:54 PM): oh well then
ADAM LONG (12/7/2006 7:20:33 PM): what would u let me do to u
mandy poole (12/7/2006 7:21:07 PM): im kool with whatever
ADAM LONG (12/7/2006 7:21:24 PM): would u let me fuck u hard
mandy poole (12/7/2006 7:24:34 PM): i would as long as i dont get pregnant but u dont have a car
mandy poole (12/7/2006 7:27:08 PM): well im going to get some food and chill chat later
ADAM LONG (12/7/2006 7:27:25 PM): ok bye
mandy poole (12/7/2006 7:27:32 PM): bye

On December 7, 2006, beginning at approximately 8:02:55 p.m., the defendant and Detective Palchak, posing as "lilmandygrl_dc," engaged in the following private "chat" communications:

ADAM LONG (12/7/2006 8:02:55 PM): hay u there
mandy poole (12/7/2006 8:03:01 PM): yeah
ADAM LONG (12/7/2006 8:03:10 PM): what u doing
mandy poole (12/7/2006 8:03:15 PM): nothing
ADAM LONG (12/7/2006 8:03:29 PM): do u wana an older b/f (boyfriend)
mandy poole (12/7/2006 8:03:52 PM): yeah
ADAM LONG (12/7/2006 8:04:10 PM): would u wana be my lill girl
mandy poole (12/7/2006 8:04:18 PM): i guess
ADAM LONG (12/7/2006 8:04:33 PM): wana call me
mandy poole (12/7/2006 8:04:48 PM): no she only has a cell
ADAM LONG (12/7/2006 8:04:56 PM): o ok
mandy poole (12/7/2006 8:04:56 PM): i dont wanna use that she is nosey
ADAM LONG (12/7/2006 8:05:03 PM): o ok
ADAM LONG (12/7/2006 8:05:31 PM): do u wear thongs or g-strings
mandy poole (12/7/2006 8:05:36 PM): bikini
ADAM LONG (12/7/2006 8:05:53 PM): just bikini
mandy poole (12/7/2006 8:05:59 PM): mostly
ADAM LONG (12/7/2006 8:06:45 PM): what u doing tomorrow
mandy poole (12/7/2006 8:07:50 PM): going to school
mandy poole (12/7/2006 8:07:57 PM): if i feel better'
ADAM LONG (12/7/2006 8:08:17 PM): would u wana meet me after school
mandy poole (12/7/2006 8:08:27 PM): 'where i dont drive lol
ADAM LONG (12/7/2006 8:08:48 PM): metro
mandy poole (12/7/2006 8:08:59 PM): and go whre
ADAM LONG (12/7/2006 8:09:23 PM): to pentagon city mall
mandy poole (12/7/2006 8:09:43 PM): i mean ill meet u around here and then we can go somewhere

ADAM LONG (12/7/2006 8:10:35 PM): ok but i probley wont be home till eary afternoon
mandy poole (12/7/2006 8:10:46 PM): okay thats kool
ADAM LONG (12/7/2006 8:11:12 PM): whats the nearst metro station to u
mandy poole (12/7/2006 8:12:07 PM): catholic u i think i dont really dont ride metro to much but i can walk near there and meet somewhere
ADAM LONG (12/7/2006 8:13:00 PM): ok be on like 4pm tomorrow and we can plan for it
mandy poole (12/7/2006 8:13:08 PM): k kool
ADAM LONG (12/7/2006 8:13:44 PM): would we have sex
mandy poole (12/7/2006 8:14:05 PM): if u want to my aunt doesnt come home till like 730
mandy poole (12/7/2006 8:14:13 PM): its up to u
ADAM LONG (12/7/2006 8:14:18 PM): ok
ADAM LONG (12/7/2006 8:14:28 PM): would u want me to use a comdon
mandy poole (12/7/2006 8:14:34 PM): please
ADAM LONG (12/7/2006 8:14:50 PM): o ok
ADAM LONG (12/7/2006 8:15:00 PM): would u spit or swollow
mandy poole (12/7/2006 8:15:12 PM): i dont know lol (laugh out loud)
ADAM LONG (12/7/2006 8:15:28 PM): im getting horney
mandy poole (12/7/2006 8:15:42 PM):
ADAM LONG (12/7/2006 8:16:01 PM): i got a bonner
mandy poole (12/7/2006 8:16:05 PM): lol (laugh out loud)
mandy poole (12/7/2006 8:16:13 PM): u at home now
ADAM LONG (12/7/2006 8:16:14 PM): ur the youngest i will ever been with
ADAM LONG (12/7/2006 8:16:17 PM): yes
mandy poole (12/7/2006 8:16:30 PM): kool
ADAM LONG (12/7/2006 8:18:16 PM): will i have to teach u about sex
mandy poole (12/7/2006 8:18:26 PM): probably
ADAM LONG (12/7/2006 8:19:25 PM): i might hurt ur pussey
mandy poole (12/7/2006 8:19:35 PM): i hope not
mandy poole (12/7/2006 8:20:11 PM): well im going go outside for a bit
ADAM LONG (12/7/2006 8:20:21 PM): any thing u wana ask me
mandy poole (12/7/2006 8:20:33 PM): not right now
mandy poole (12/7/2006 8:20:45 PM): im going to go out and chil fr a bit
ADAM LONG (12/7/2006 8:20:54 PM): ok

On December 8, 2006, beginning at approximately 5:04:17 p.m., the defendant and Detective Palchak, posing as "lilmandygrl_dc," engaged in the following private "chat" communications:

lilmandygrl_dc (5:04:17 PM): hey
bamaer@verizon.net (5:04:37 PM): what u up 2
lilmandygrl_dc (5:04:45 PM): chillin u
bamaer@verizon.net (5:05:05 PM): same here just got back from a job interview

lilmandygrl_dc (5:05:17 PM): kool
lilmandygrl_dc (5:05:20 PM): whre
bamaer@verizon.net (5:06:16 PM): at dulles airport working for jetblue
lilmandygrl_dc (5:06:21 PM): kool
bamaer@verizon.net (5:06:32 PM): wana come down here and meet me for some fun
lilmandygrl_dc (5:07:20 PM): that would be kool but i dont have any money for the metro
lilmandygrl_dc (5:07:33 PM): i thought u said u were coming here
bamaer@verizon.net (5:07:53 PM): can i ask u something
lilmandygrl_dc (5:07:56 PM): yeah
bamaer@verizon.net (5:08:11 PM): your not a cop are you
lilmandygrl_dc (5:08:14 PM): lol
lilmandygrl_dc (5:08:15 PM): what
lilmandygrl_dc (5:08:27 PM): no
lilmandygrl_dc (5:08:29 PM): im not
lilmandygrl_dc (5:08:34 PM): i am not a cop
bamaer@verizon.net (5:08:39 PM): cos i hear cops doing stings and all like this on the net
lilmandygrl_dc (5:08:42 PM): alot of people ask me that
bamaer@verizon.net (5:09:00 PM): do u meet alot of people of the net
lilmandygrl_dc (5:09:24 PM): i mean i havent hooked up u know but i chat with alot
bamaer@verizon.net (5:09:54 PM): so thats a no then
lilmandygrl_dc (5:10:06 PM): have u
bamaer@verizon.net (5:10:10 PM): yer
bamaer@verizon.net (5:10:25 PM): whats the nearest metro stop to u again
lilmandygrl_dc (5:10:29 PM): catholic
bamaer@verizon.net (5:11:19 PM): what will we doo
lilmandygrl_dc (5:11:33 PM): i dont know
lilmandygrl_dc (5:11:44 PM): i dont even know what u look like  lol
bamaer@verizon.net (5:12:20 PM): name one thing u wana do
lilmandygrl_dc (5:12:52 PM): lol whatever like what we talked about yesterday
bamaer@verizon.net (5:13:22 PM): how will i recornise u
lilmandygrl_dc (5:13:49 PM): i have the same question for u
lilmandygrl_dc (5:14:00 PM): i can tell u what im wearing i guess
bamaer@verizon.net (5:15:19 PM): what r u wearing
lilmandygrl_dc (5:15:34 PM): jeans and a black coat
lilmandygrl_dc (5:15:38 PM): what about u
bamaer@verizon.net (5:15:41 PM): im wearing blue shirt and kaki pants and taned shoes and black jacket
bamaer@verizon.net (5:16:13 PM): what happens if u dont like the way i look
lilmandygrl_dc (5:16:32 PM): weel u sound kute u might not like me
bamaer@verizon.net (5:17:37 PM): is it catholicuniverstey ur at
lilmandygrl_dc (5:17:51 PM): yeah l live close to the metro
bamaer@verizon.net (5:17:53 PM): thanks u look cute
lilmandygrl_dc (5:17:58 PM): ty

```
bamaer@verizon.net (5:18:17 PM): im getting firections
lilmandygrl_dc (5:18:26 PM): okay
bamaer@verizon.net (5:19:47 PM): theres no station there
lilmandygrl_dc (5:20:04 PM): brookland metro
bamaer@verizon.net (5:20:12 PM): u live near the gallery place chi town
lilmandygrl_dc (5:20:40 PM): no brookland
bamaer@verizon.net (5:22:01 PM): so meet me there at like 6.30pm be there a lill before that
bamaer@verizon.net (5:22:23 PM): i should be there like 6.20 6.30 pm
bamaer@verizon.net (5:22:52 PM): my names adam
lilmandygrl_dc (5:23:03 PM): okay there is a bridge in front of the metro when u come out can we meet there
lilmandygrl_dc (5:23:11 PM): it will be easier
bamaer@verizon.net (5:23:14 PM): ok
lilmandygrl_dc (5:23:31 PM): its like next to a tavern
bamaer@verizon.net (5:23:42 PM): what type of t-shirt u wearing
lilmandygrl_dc (5:23:52 PM): u can miss the bridge because it has like a mural
lilmandygrl_dc (5:24:06 PM): cant
bamaer@verizon.net (5:24:10 PM): ok im leaveing now
lilmandygrl_dc (5:24:44 PM): let me take a quick shower what r u wearing again so i know ill meet u on top of the bridge right
bamaer@verizon.net (5:25:08 PM): im wearing blue shirt and kaki pants and taned shoes and black jacket
bamaer@verizon.net (5:25:24 PM): tell me the truth r u a cop
lilmandygrl_dc (5:25:38 PM): omg  i swear i am NOT A COP
bamaer@verizon.net (5:25:59 PM): ok im comeing
lilmandygrl_dc (5:26:15 PM): okay ill be there at 620-630 right
bamaer@verizon.net (5:26:21 PM): ok
```

At approximately 6:05 p.m., an MPD officers observed the defendant standing at the Brookland Metro Station matching the description he had provided lilmandygrl_dc. The officers stopped the defendant and after identifying him as Adam Long, placed him under arrest. In a subsequent videotaped statement to the police defendant acknowledged engaging in the sexually explicit internet communications with "lilmandygrl_dc," and stated that he had travelled from Arlington, Virginia to meet her.

This factual proffer is a summary of the defendant's actions, and is not intended to be a complete accounting of all facts and events related to this offense . The limited purpose of this

factual proffer is to demonstrate that a factual basis exists to support the defendant's guilty plea to the offense of Interstate Travel with Intent to Engage in Illicit Sexual Conduct in violation of 18 U.S.C. § 2423(b).

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar Number: 498610

By: *Debra L. Long-Doyle*
DEBRA L. LONG-DOYLE
D.C. Bar No. 362518
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 305-0634
Debra.Long-Doyle@USDOJ.Gov

### Defendant's Acceptance of Statement of Offense

I have read this Statement of Offense and Factual Proffer and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this and all matters relating to it. I fully understand this Statement of Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those in the plea agreement filed in connection with this case.

Date: 3-9-07        _____
                    Adam Long, defendant

## Defense Counsel's Acknowledgment

    I am the attorney for defendant Adam Long. I have reviewed every part of this Statement of Offense with him. It accurately and completely sets forth the Statement of Offense and agreed to by the defendant and the government.

Date: 3/9/07

_____
G. Allen Dale, Esquire
Attorney for defendant Adam Long