### HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>07-CR-023-001</u> |
| --- | --- | --- |
|  | : |  |
| vs. | : | SSN: _____ |
|  | : |  |
| LONG, Adam | : | Disclosure Date: <u>April 17, 2007</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
   ( ) There are no material/factual inaccuracies therein.
   ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____  _____
Prosecuting Attorney                                   Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
   (X) There are no material/factual inaccuracies therein. — *but see attached letter*
   ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

[signature] 4/24/07                                    [signature] 4/24/07
Defendant          Date                                Defense Counsel    Date
                                                       G. Allen Dale

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>May 01, 2007</u>, to U.S. Probation Officer <u>Michael Penders</u>, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer



LAW OFFICES OF
# G. Allen Dale
A PROFESSIONAL CORPORATION

G. Allen Dale
Direct Dial Number
(202) 783-1629

601 Pennsylvania Avenue, NW
Suite 900, South Building
Washington, D.C. 20004

By fax and first class mail

April 25, 2007

Michael Penders
United States Probation Officer
333 Constitution Avenue, NW
Washington, DC 20001

Re: Adam Long, 07-CR-023

Dear Mr. Penders:

Mr. Long and I have read the presentence report you prepared for the Honorable Royce C. Lamberth in the above captioned case. There are no material errors in the report and, in fact, on the whole, we find your report and guideline computations to be accurate. There are a few matters, some simply typographical, that we wish to address.

Page two: Age is 27, not 26.
Page two: Education: According to Mr. Long's father the vocational degree is actually a vocational certificate, as no degree was earned.
Page two: Legal address: You indicate none but we believe his father's address would be the accurate address to use.

Page 6, Paragraph 25: At the end of the second formal paragraph you indicate that Mr. Long told someone that his actions in that case were motivated by greed as he had recently lost his job. We believe this leaves the wrong impression. This case was a Nigerian check scam which Mr. Long fell victim to. He was to cash a check and send money to Nigeria. Later the check would not have cleared and Mr. Long would have had to make good on the check. The reason he even considered this "business venture" was because he had lost his job and saw this as a way to make a few dollars. He came into this venture believing it to be legitimate and would have been the victim.

Page 7, Paragraph 29: DOB is 7/07/1980.
Page 7, Paragraph 30: Mr. Long's father is CEO of Faram, US, Inc, and not a salesman (although his work does involve sales). Additionally Mr. Long's mother resides in both Malaysia and the United Kingdom, as she splits her time between both places. It just happens that she is in Malaysia at present.

Tel: (202) 638-2900 • Fax: (202) 783-1654 • gallendale@aol.com • www.gallendale.com

Page 7, Paragraph 31: Mr. Long did live at a boarding school. It was Bredon, a school that specializes in children with learning disabilities. He also did, as you sugges, emigrate from the United Kingdom in 2000. However he emigrated WITH lawful permanent residency, and was not later granted it.

Page 8, Paragraph 33: You indicate that if deported Mr. Long is unsure where he would live in the UK. He would live with his mother.

Page 8, Paragraph 40: The Celexa is the anti-depressant and Trazodone is the sleep aid.

Page 9, Paragraph 47: Mr. Long agrees that many of his jobs have been in unskilled labor positions, but he does want the court to know that some of his jobs were as a skycap and assisting as a ticket agent, requiring more skill.

On behalf of Mr. Long, I thank you for the time you have devoted to his matter. Your report is fair and presents the Court with an accurate background of this young man.

Sincerely,

G. Allen Dale

Enclosure

Cc: Debra L. Long-Doyle, AUSA