## HONORABLE ROY C. LAMBERTH, UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>07-CR-023-001</u> |
| | : | |
| vs. | : | SSN: _____ |
| | : | |
| LONG, Adam | : | Disclosure Date: <u>April 17, 2007</u> |

FILED

MAY 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
   (✓)   There are no material/factual inaccuracies therein.
   ( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____         5-1-07
**Prosecuting Attorney**                              Date

#### For the Defendant

(CHECK APPROPRIATE BOX)
   ( )   There are no material/factual inaccuracies therein.
   ( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____    _____  _____
Defendant                Date      Defense Counsel          Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>May 01, 2007</u>, to U.S. Probation Officer <u>Michael Penders</u>, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

### FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer



U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N W*
*Washington, D C 20530*

# USAO-DC
# FAX
## Cover

| | | | |
|---|---|---|---|
| To: | Michael Penders<br>U.S. Probation Officer<br>G. Allen Dale, Esquire | From: | Debra L. Long-Doyle<br>Assistant U.S. Attorney |
| Fax: | (202) 273-0242<br>(202) 783-1654 | Phone: | (202) 305-0634 |
| Date: | May 1, 2007 | | |
| Re: | U.S. v. Adam Long | | |
| Page(s): | 2 including cover | | |

COMMENTS:

PSR Receipt and Acknowledgment

**U.S. ATTORNEY FACSIMILE COMMUNICATION**

**WARNING: Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.**